UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| PAUL CHARLES QUINN | : | Misc. 08-52 (PGS) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

It appearing by Order of the United States District Court for the Eastern District of Pennsylvania that PAUL CHARLES QUINN was temporarily suspended from the practice of law for a period of three months and until further order of the court;

It is on this __1__ day of __May__, 2008,

ORDERED that PAUL CHARLES QUINN show cause on Monday, May 19, 2008, why he should not be temporarily suspended from the practice of law before this Court for a period of three months and until further order of the Court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
U.S. District Judge