UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| PAUL CHARLES QUINN | : | Misc. 08-52 (PGS) |
| An Attorney-at-Law | : | O R D E R |

It appearing that respondent, PAUL CHARLES QUINN, was ordered to show cause before this court on Monday, May 19, 2008, why he should not be temporarily suspended from the practice of law before this court for a period of three months and until further Order of the Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of respondent;

It is on this _____, day of _____, 2008,

ORDERED that PAUL CHARLES QUINN be and he hereby is temporarily suspended from the practice of law before this Court for a period of three months and until further Order of the Court; and

It is further ORDERED that PAUL CHARLES QUINN be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

GARRETT E. BROWN, JR.
Chief Judge